# In the United States Court of Federal Claims

### OFFICE OF SPECIAL MASTERS

| | | |
|---|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * * | | |
| JAGODA RADOSAVLJEVIC, | * | |
| | * | No. 13-135V |
| Petitioner, | * | Special Master Christian J. Moran |
| | * | |
| v. | * | Filed: January 2, 2014 |
| | * | |
| SECRETARY OF HEALTH | * | Attorneys' fees and costs; stipulation |
| AND HUMAN SERVICES, | * | of fact; award in the amount to which |
| | * | respondent does not object |
| Respondent. | * | |
| * * * * * * * * * * * * * * * * * * * * * * * * | | |

Mark L. Krueger, Krueger & Hernandez, S.C., Baraboo, WI, for petitioner.
Lara A. Englund, United States Department of Justice, Washington, D.C., for respondent.

### UNPUBLISHED DECISION ON FEES AND COSTS[1]

Respondent filed a stipulation of fact concerning final attorneys' fees and costs in the above-captioned matter on December 30, 2013. Petitioner informally submitted an application for attorneys' fees and costs to respondent. After informal discussions, respondent agreed not to object to a request for attorneys' fees and costs in the amount of $13,831.74. In compliance with General Order #9, petitioner states that she incurred no costs in pursuing her petition. The Court awards the amount petitioner requests.

Petitioner filed her petition on February 21, 2013, and was awarded compensation on December 30, 2013. Judgment has not yet entered. Because petitioner received compensation, she is entitled to an award of attorneys' fees and costs. 42 U.S.C. § 300aa-15(e).

Petitioner seeks a total of **$13,831.74** in attorneys' fees and costs for her counsel. Respondent has no objection to the amount requested for attorneys' fees and costs.

---

[1] The E-Government Act of 2002, Pub. L. No. 107-347, 116 Stat. 2899, 2913 (Dec. 17, 2002), requires that the Court post this decision on its website. Pursuant to Vaccine Rule 18(b), the parties have 14 days to file a motion proposing redaction of medical information or other information described in 42 U.S.C. § 300aa-12(d)(4). Any redactions ordered by the special master will appear in the document posted on the website.

After reviewing the request, the Court awards a check made payable to petitioner and petitioner's attorney, Mark L. Krueger, in the amount of **$13,831.74** for attorneys' fees and other litigation costs.  The Court thanks the parties for their cooperative efforts in resolving this matter.

The Clerk shall enter judgment accordingly.[2]

**IT IS SO ORDERED.**

s/Christian J. Moran<br>Christian J. Moran<br>Special Master

---

[2] Pursuant to Vaccine Rule 11(a), the parties can expedite entry of judgment by each party filing a notice renouncing the right to seek review by a United States Court of Federal Claims judge.